NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SONOVA AG,**
*Appellant*

**v.**

**MED-EL ELEKTROMEDIZINISCHE GERATE GMBH,**
*Appellee*

---

2022-1865

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00023.

---

## JUDGMENT

---

MARCUS EDWARD SERNEL, Kirkland & Ellis LLP, Chicago, IL, argued for appellant. Also represented by GREG MATTHEW POLINS.

KATHRYN E. NOLL, Sunstein LLP, Boston, MA, argued for appellee. Also represented by LISA M. TITTEMORE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2023                     /s/ Jarrett B. Perlow
Date                             Jarrett B. Perlow
                                 Acting Clerk of Court